Jon R. Schlueter 106302
Peter B. Schlueter 155880
SCHLUETER & SCHLUETER
320 North E Street, Ste 210
San Bernardino, CA 92401
Voice (909) 381-4888
FAX (909) 381-9238
peterinla@aol.com

Attorneys for: Ian McCown

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Ian McCown

Plaintiff[s]

v.

City of Fontana et al

Defendant[s]

Case No.: CV 05-05337 AG (VBKx)

**Declaration of Dale K. Galipo in Support of Motion for Attorney Fees**

July 27, 2009
10:00 am
10D

I, Dale K. Galipo, declare:

1. I am an attorney duly licensed to practice law before all courts in the State of California. I graduated with a B.B.A. from the University of Michigan in Ann Arbor, Michigan in 1981. I attended law school at UCLA from 1981 to 1984.

2. I am personally familiar the facts contained herein and would and could completely testify thereto if called upon to do so.

4. I am filling this declaration in support of plaintiff Ian McCown's attorney-fees motion pursuant to 42 U.S.C. 1988.

5. Since 1991, I have managed my own law firm. I have tried approximately 80 civil cases through verdict, including civil rights cases, medical malpractice cases, and a variety of other types of serious injury cases. I have won the majority of my civil jury trials including verdicts for 8.1 million dollars (*Guha v. Regents*),

6.3 million dollars (*Schulman v. City of Burbank*), 4 million dollars (*Mitchell v. County of Los Angeles*), 1.1 million dollars (*Romero v. McClelland*) and I have settled a case with the County of Los Angeles in a jail beating case for 2.8 million. I have also tried approximately 50 criminal felony cases, including homicide cases.

6. I have litigated over 150 civil rights cases, both in federal and in state court. I have tried and won numerous cases to a jury with verdicts in excess of $500,000. I have litigated approximately 30 civil rights cases to jury verdict.

7. I have sought attorney fees in numerous federal civil rights cases and I am familiar with the going rate for attorneys practicing this difficult area of law. I know this from personal experience. I also know the hourly rates that other civil rights attorneys have received. These rates vary from $350 per hour to $750 per hour.

8. Civil rights cases are often difficult. The defense bar typically is experienced and aggressive. Also, typically, most of the evidence is in the possession of the defendants, and, if they choose, they can make it difficult to obtain, making the job of Plaintiff's counsel that much harder. Officers make difficult defendants because of the high esteem that most officers are held in, and their training and experience in testimony.

9. Police misconduct cases in general are very difficult for civil rights attorneys to prosecute. There is a built in bias in favor of the police officers and oftentimes the victim of the police misconduct has a troubled background. Police agencies and defense counsel who represent police officers in civil rights litigation vigorously defend the cases. To obtain a fair monetary settlement or to prevail at trial is very difficult and most often the product of quality attorney representation of the plaintiff(s).

10. Given that a majority of civil rights cases end in favor of the defendants, when the plaintiff(s) do prevail they should be awarded full attorney fees for all hours worked on the case.

SCHLUETER & SCHLUETER
320 North E Street, Ste. 210
San Bernardino, CA 92401
Voice (909) 381-4888

11. Fully compensating plaintiff's counsel in civil rights cases helps to encourage plaintiff civil rights attorneys to pursue future civil rights cases, even without any guarantee of recovery of attorney fees or costs

12. In my capacity as an active civil-rights litigator, I constantly network among my peers and colleagues, formally and informally collecting data about the degree of effort and skill required to litigate these cases successfully, the economics of our practices, and the fees necessary to sustain an active police-misconduct bar in the Southern California market.

13. Based on my own experience, I do not believe that awards based on a simple lodestar (hourly rates multiplied by hours worked) are sufficient compensation for competent counsel to represent plaintiffs in civil rights actions, but acknowledge that multipliers are disfavored under current federal law. Accordingly, the public policy embodied in statues such as 42 U.S. C. 1988 can be advance only by awarding prevailing plaintiffs hourly rates commensurate with commercial litigators based on all hours reasonably expended.

14. Based on my own experience, I do not believe that awards based on a simple lodestar (hourly rates multiplied by hours worked) are sufficient compensation for competent counsel to represent plaintiffs in civil rights actions, but acknowledge that multipliers are disfavored under current federal law. Accordingly, the public policy embodied in statues such as 42 U.S. C. 1988 can be advance only by awarding prevailing plaintiffs hourly rates commensurate with commercial litigators based on all hours reasonably expended.

15. The fact that recovery is contingent and requires substantial expertise if competent counsel are to be attracted to these important cases. The expenses of our practice becomes apparent at the early stages. Civil rights cases are difficult and cumbersome to evaluate. Even with the assistance of screening by Police Watch, my office still devotes considerable resources to the process of sorting through inquires. Our resources are such that we can only accept a small fraction of the cases for

SCHLUETER & SCHLUETER
320 North E Street, Ste. 210
San Bernardino, CA 92401
Voice (909) 381-4888

which we are contacted, even though many of those we reject involve clear rights violations that should be challenged. Once a case is accepted, the litigation is often a hotly contested by experienced defense attorneys backed by government resources. Cases must be filed, depositions taken, motions to compel brought, experts retained and consulted, and trials prepared, even where liability is clear and settlements occur.

16. Civil rights trails are very easy to lose. Moreover, the are complex and time consuming, and necessarily preclude other employment. Civil rights cases cannot be handled like a personal injury mill, with a big named trail attorney bringing in cases for underlings to litigate.

17. I know Peter Schlueter personally, and have worked with him on a complex civil-rights case in which the plaintiff sustained a serious brain injury while incarcerated in West Valley Detention Center in San Bernardino. I met him when he was a speaker at a federal civil-rights seminar being held for the Federal Bar in Riverside California. Based upon my knowledge of Mr. Schlueter and his work product, it is my opinion that he is a competent civil-rights attorney.

18. With respect to Jon Schlueter, I am informed and believe that he had participated in 23 civil-rights litigations by the time the McCown litigation was concluded. I am informed and believe that he has been an attorney since 1982 and that he taught international business law in China for two years. I am informed and believe that he graduated from UCLA School of Law.

19. With respect to John Mallah, I am informed and believe that he graduated from law school at the University of Miami. I also am informed and believe that at the time that the McCown litigation concluded, he had tried approximately 30 cases under the Civil Rights Act to verdict in federal court, including *Grant v. City of Long Beach* ($2.3 million judgment) and *Coppedge v. City of Culver City* ($800,000 verdict). I am informed and believe that he has tried several cases in both state and federal court resulting in verdicts in excess of $1

SCHLUETER & SCHLUETER
320 North E Street, Ste. 210
San Bernardino, CA 92401
Voice (909) 381-4888

million dollars. I am informed and believe that he has been lead trial counsel on over 1,000 cases filed in federal court under Title 1, 2, and 3 of the Americans with Disabilities and the Americans with Disabilities in Education Act.

20. In my experience, it does not matter where a case is litigated and tried. The attorney fees awarded tend to be relatively uniform as to geography in Southern California among the various Federal Courts.

21. Based on the foregoing, the reasonable range of attorney fees for Peter Schlueter is between $400 and $450; Jon Schlueter between $400 and $450 and John Mallah between $500 and $600.

I declare under penalty of perjury under the laws of the United States of the State of California that the foregoing is true and correct.

Executed this 2nd day of July, 2009, in Woodland Hills, California

DALE K. GALIPO

SCHLUETER & SCHLUETER
320 North E Street, Ste. 210
San Bernardino, CA 92401
Voice (909) 381-4555