Peter B. Schlueter 155880
Jon R. Schlueter 106302
SCHLUETER & SCHLUETER
320 North "E" Street, Suite 210
San Bernardino, CA 92401
Voice (909) 381-4888
FAX (909) 281-9238
peterinla@aol.com

John D. Mallah, Esq.
5509 Legacy Crescent Place
Riverview, FL 33569
Voice (305) 562-1525
mallahj@hotmail.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ian McCown**, | Case No.: CV 05-5537 AG (VBKx) |
| Plaintiff[s], | **Supplemental Declaration of Peter Schlueter in Support of Attorney Fees** |
| v. | |
| **City of Fontana**, et al.. | July 27, 2009 |
| Defendant[s]. | 10:00 a.m.<br>Dept. 10D |

I, Peter Schlueter, declare:

1. I am an attorney for Ian McCown in the above-entitled litigation.

2. On January 1, 2006, I attended a mediation conducted by Magistrate Kenton concerning this case. The defendants refused to entertain settlement offers or make any offer on this case, because they said they wanted to conduct discovery. This was true even though there had been an entire criminal jury trial on this matter, resulting in my client's acquittal. I reluctantly acquiesced that more discovery would be beneficial.

3. On April 19, 2006, I attended the continued settlement session conducted by magistrate Kenton. Magistrate Kenton suggested separating the

damages negotiation from the attorney fee negotiation. The parties agreed that Fontana would pay to McCown $20,000 in damages, and that attorney fees and costs would be determined by the District Court judge. The defendants reserved the right to reject this settlement if the Fontana City Council did not approve it. Ultimately, the City Council rejected the proposed settlement and the litigation went forward.

4. I attempted to obtain from the United States District Court a copy of the transcript of the proposed settlement on April 19, 2006, and the prior transcript from January 11, 2006. My office did so by submitting a form in to the District Court in Los Angeles in May. A copy of the form we submitted is attached hereto. The District Court only recently found the tape for April 19, 2009, and could not find the other tape. On June 29, we made a payment to Huntington Court Reporters for the transcription, and we will submit the transcript of the April 19 hearing at the earliest possible time.

5. I have spent additional time preparing the present supplemental points and authorities. In helping to research and draft the supplemental points and authories, I spent 5.5 hours. In addition, I expect to spend three hours attending the hearing on the renewed motion in Santa Ana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Bernardino, California on July 2, 2009.

*/s/ Peter B. Schlueter*

Peter B. Schlueter