Peter B. Schlueter 155880
Jon R. Schlueter 106302
SCHLUETER & SCHLUETER
320 North "E" Street, Suite 210
San Bernardino, CA 92401
Voice (909) 381-4888
FAX (909) 281-9238
peterinla@aol.com

John D. Mallah, Esq.
5509 Legacy Crescent Place
Riverview, FL 33569
Voice (305) 562-1525
mallahj@hotmail.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ian McCown**,<br><br>       Plaintiff[s],<br><br>v.<br><br>**City of Fontana**, et al..<br><br>       Defendant[s]. | Case No.: CV 05-5537 AG (VBKx)<br><br>**Second Supplemental Declaration of Jon Schlueter in Support of Attorney Fees**; Exhibit: Transcript<br><br>July 27, 2009<br>10:00 a.m.<br>Dept. 10D |

I, Jon Schlueter, declare:

1. I am an attorney for Ian McCown in the above-entitled litigation.

2. Attached hereto as **Exhibit 6** is the transcript from the **April 18, 2006 settlement** proceedings among defendants herein and Ian McCown, and their attorneys. The **Fontana City Council refused to ratify** this settlement.

3. The April 18, 2009 settlement is set forth on pages 5-7. The settlement included payment of $20,000 to Ian McCown. (RT 5:8-10.)   McCown was deemed the prevailing party, and attorney fees were to be determined by the District Court, with defendants able to contest the amount but not McCown's entitlement to attorney fees. (RT 5:11-17.)  Fontana would disclose the hours and

1  attorney fees it expended on this litigation. (RT 6:6-12.)   And the parties would
2  work out language regarding Fontana's non-admission of liability. (RT 6:25-
3  7:4.)
4        4.   This office received this transcript (Exhibit 6) by email today.  It is
5  being filed in support of McCown's renewed motion for attorney fees on the
6  earliest possible date.  The efforts to obtain this transcript prior to filing
7  McCown's renewed motion are explained in the declaration of Peter Schlueter
8  filed on July 2, 2009.
9        I declare under penalty of perjury under the laws of the United States that
10 the foregoing is true and correct.
11       _____Executed in San Bernardino, California on July 7, 2009

13                            /s/_____
14                            Jon R Schlueter